395 A.2d 963

Commonwealth v. Buchanan, Appellant.

400

 Argued
September 13, 1978. Richard J. Conn, for appellant; N. Wasser, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.